IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLARENCE SULLIVAN, JR., CLYDE SMITH,
DELORIS CROSS, ROBERT LEE DANIELS,
LUEVINE COOPER, BILLY MCBRIDE,
ALBERT MARTIN, EASER NEWSOME,
SID TAYLOR, JR., and JANE STRONG                                                PLAINTIFFS

v.                                                      CIVIL ACTION NO.: 4:12-cv-97-SA-JMV

DIRECT GENERAL INSURANCE COMPANY
OF MISSISSIPPI, DIRECT GENERAL INSURANCE
AGENCY, INC., DIRECT GENERAL CORPORATION,
DIRECT GENERAL INSURANCE COMPANY, and
NATION MOTOR CLUB (a/k/a NATION SAFE DRIVERS, LLC)           DEFENDANTS

ORDER GRANTING MOTION TO REMAND

For the reasons set forth in a Memorandum Opinion entered this day Plaintiff's Motion to Remand [13] is granted. Plaintiffs' Motion to Dismiss Luevine Cooper [28], and Defendant Nation Safe's Motion to Strike [34] are rendered moot. This case is hereby remanded to the Circuit Court of Leflore County, Mississippi.

SO ORDERED, this the 27thday of September, 2013.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE